UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

AMILCAR EPIFAMIO DIAZ-BARRIOS,

    Petitioner,

v.

CARMEN PALMER,

    Respondent.

_____/

Case No. 1:17-cv-861

Honorable Paul L. Maloney

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: __November 9, 2017                /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge