UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

AMILCAR EPIFAMIO DIAZ-BARRIOS,

       Petitioner,                          Case No. 1:17-cv-861

v.                                             Honorable Paul L. Maloney

CARMEN PALMER,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**, because the claims are procedurally defaulted and/or without merit.


Dated: November 9, 2017                          /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                      United States District Judge